HENRY C. ALBEE, Respondent, v. JOHN T. MIERKE and Others, Appellants.— Motion to dismiss appeal denied, and case set down for argument at opening of March term.

ELLA R. CASTLE, Respondent, v. JAMES C. CASTLE, Appellant.— Motion granted and order dismissing appeal vacated.

BESSIE AGNES REA, Respondent, v. WALTER EARL REA, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

ELIZABETH NEIDERT, as Administratrix, etc., Respondent, v. ROCHESTER RAILWAY AND LIGHT COMPANY, Appellant.—Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of MARY L. DALRYMPLE and WILLIAM R. POOLEY, as General Guardian of the Property of HELEN DALRYMPLE and DOROTHY DALRYMPLE, Infants, for the Appointment of a Committee of the Property of KEITH EDWIN DALRYMPLE, an Alleged Incompetent Person. FRED C. DAVIS, as Guardian, etc., Appellant.—Appeal dismissed, without costs, upon stipulation filed.

AGNES EMMA GOKEY, as Executrix, etc., Respondent, v. THE TOWN OF THURSTON, Appellant.— Judgment and order affirmed, with costs. All concurred.

FRANK K. ROBINSON, Appellant, v. ESTHER A. AVERY and Others, Respondents.— Judgment affirmed, with costs. All concurred.

ANNA WILLIAMS, Appellant, v. THE CITY OF BUFFALO, Respondent.— Judgment and order affirmed, with costs. All concurred.

DOROTHY K. BALD, an Infant, etc., Respondent, v. FREDERICK A. KUHNERT, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Foote and Merrell, JJ., who dissented.

EDWIN L. WOODRUFF, Appellant, v. ANNA M. MAKSZYCKI, Respondent. — Judgment and order affirmed, with costs. All concurred.

AQUILLA S. KIRK and Others, Respondents, v. WALTER L. SAVAGE, Appellant.— Judgment affirmed, with costs. All concurred.

ORLANDO F. CORNELL, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs, upon the authority of Shepard v. Pennsylvania Railroad Company (86 Misc. Rep. 272; affd., 166 App. Div. 970). All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AIKENHEAD, BAILEY & DONALDSON, INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied.

NATALIE GEORGER JEWETT, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument granted, to be heard on the first day of March term. Counsel are requested to furnish additional briefs upon the question whether the court erred in charging in substance that if the bell was rung it did not as a matter of law establish that the defendant used reasonable care; that it was for the jury to determine whether any other precaution should have been taken by those in charge of the train; and any other question which may be covered by the exceptions growing out of the request to charge in which that statement is contained.